1
2
3
4
5
6                    **IN THE UNITED STATES DISTRICT COURT**
7                       **FOR THE DISTRICT OF ARIZONA**
8
9    Fernando Gastelum,                    No. CV-17-03120-PHX-JJT
10                    Plaintiff,           **ORDER**
11   v.
12   JIVAN LLC,
13                    Defendant.
14

On November 27, 2018, this Court entered an Order in part "tentatively adopt[ing] the factual findings and legal conclusions of Judge Snow in *Gastelum v. Canyon Hospital LLC*, No. CV-17-02792-PHX-GMS, 2018 WL 2388047 (D. Ariz. May 25, 2018), with respect to Plaintiff's Article III standing in this matter," and requiring Plaintiff to file a brief no later than December 14, 2018, "showing cause why the Complaint (Doc. 1) should not be dismissed for lack of standing based on the factual findings and legal conclusions of *Gastelum v. Canyon Hospital LLC*, No. CV-17-02792-PHX-GMS, 2018 WL 2388047 (D. Ariz. May 25, 2018)." (Doc. 23 at 1-2.) It is now well past December 14, 2018, and Plaintiff has filed nothing. Plaintiff has therefore failed to show cause.

IT IS ORDERED adopting the factual findings and legal conclusions of Judge Snow in *Gastelum v. Canyon Hospital LLC*, No. CV-17-02792-PHX-GMS, 2018 WL 2388047 (D. Ariz. May 25, 2018). And concluding that Plaintiff has failed to show he has Article III standing in this matter.

IT IS FURTHER ORDERED dismissing with prejudice the Complaint (Doc. 1) and

this matter for lack of standing.  The Clerk of Court shall terminate the matter.

Dated this 19th day of December, 2018.

_____
Honorable John J. Tuchi
United States District Judge